# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150903 & (18)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

WILLIE EARL BANKSTON,
   Defendant-Appellant.

SC: 150903
COA: 323954
St. Clair CC: 73-120528-FC

_____/

   On order of the Court, the motion to add new grounds for consideration is GRANTED. The application for leave to appeal the December 11, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015

Clerk

s1214